01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08 JORGE RIVERA-SANCHEZ,                     )
                                             )   CASE NO. C09-1201-MJP
09         Petitioner,                       )
                                             )
10         v.                                )   ORDER DENYING PETITIONER'S
                                             )   § 3582 MOTION AND DISMISSING
11 UNITED STATES OF AMERICA,                 )   CASE WITH PREJUDICE
                                             )
12         Respondent.                       )
   _____   )

13

14        The Court, having reviewed petitioner's motion for a reduction of sentence pursuant to

15 § 3582(c)(2), respondent's response thereto, the Report and Recommendation of Mary Alice

16 Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

17        (1)     The Court adopts the Report and Recommendation;

18        (2)     Petitioner's motion for reduction of sentence is DENIED and this action is

19                DISMISSED, with prejudice;

20        (3)     Petitioner is DENIED issuance of a certificate of appealability, and

21 / / /

22 / / /

ORDER DENYING PETITIONER'S § 3582 MOTION
AND DISMISSING CASE WITH PREJUDICE
PAGE -1

01       (4)      The Clerk is directed to send copies of this Order to petitioner, to counsel for

02                respondent, and to Judge Theiler.

03       DATED this _24th_ day of __September _, 2010.

04

05

06                                                  _Marsha J. Pechman_
                                                    Marsha J. Pechman
07                                                  United States District Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DENYING PETITIONER'S § 3582 MOTION
AND DISMISSING CASE WITH PREJUDICE
PAGE -2