# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JORGE RIVERA-SANCHEZ, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | CASE NUMBER:   C09-1201-MJP |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

☐    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The Report and Recommendation is adopted and approved.   Petitioner's motion for reduction of sentence is DENIED and this action is DISMISSED, with prejudice.


    Dated this __24th_____ day of ___September_____, 2010.


                                                                    WILLIAM McCOOL                       
                                                                                    Clerk


                                                                    _/S/ Mary Duett_____
                                                                    Deputy Clerk